**FILED**

ORIGINAL

MATSUMOTO, J.

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2020 ★

BROOKLYN OFFICE

BLOOM, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

7-24-2020

VIDYARTIG GANESH
Plaintiff.

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

THE CITY OF NEW YORK (CITY)
Individually and in their official
capacity as New York City Police Officers—
WILLIAM CLEMENS AND Police Officer FITZMAURICE
SHIELD NUMBER 11671

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Defendants.

JURY DEMAND

**Complaint for a Civil Case**

Case No. CV20-3528
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

RECEIVED
JUL 24 2020
PRO SE OFFICE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *Vidyartie Ganesh* |
| Street Address | *184 - 116 Edgewood Ave* |
| City and County | *Springfield Gardens* |
| State and Zip Code | *New York, 11413* |
| Telephone Number | |
| E-mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Defendant, City of New York (City)* |
| Job or Title (if known) | *is a Government* |
| | *office of the comptroller* |
| Street Address | *1 CENTRE STREET* |
| City and County | *Room 1200* |
| State and Zip Code | *NEW YORK, N.Y. 10007* |
| Telephone Number | *Unknown* |
| E-mail Address | *Mr. Scott M. Stringer* |
| (if known) | *City Comptroller.* |

Defendant No. 2

| | |
|---|---|
| Name | *Please See Next Page* |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 2

Name      *complete Name Unknown Presently* FITZ MAURICE

Job or Title      *Shield Number 1167 Officer*
(if known)      *New York City Police*

Street Address      *Presently Unknown*

City and County      *1 CENTRE STREET Room 1208*

State and Zip Code      *New York, N.Y. 10007*

Telephone Number      *Unknown*

E-mail Address      *Mr. Scott M. Stringer*
(if known)      *New york City's Comptroller.*

Defendant No. 3

Name      *WILLIAM CLEMES*

Job or Title      *New York City Police Officer*
(if known)      *Shield Number 27984*

Street Address      *Unknown Presently.*

City and County      *1 CENTRE STREET Room 1208*

State and Zip Code      *New York N.Y. 10007*

Telephone Number      *Unknown.*

E-mail Address      *Mr. Scott M. Stringer*
(if known)      *N.Y. City's Comptroller.*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

*This Action is Brought Pursuant to
42 U.S.C. Sections 1983, 1985, 1986 and 1988;
and First, Fourth, Fifth, Sixth, Eighth, and Fourteenth
Amendments to the United States Constitution and
Laws of the State of New York. Jurisdiction
is Founded upon 28 U.S.C. Sections 1331,
1343 (1-4) and 2202. Plaintiffs
Further Invoke the Supplemental
Jurisdiction of this court to adjudicate
Pendant State Law Claims
Pursuant to 28 U.S.C Sec 1367*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    ~~If the plaintiff is an individual~~

The plaintiff, *(name)* *IDMARTIE CRANES* is a citizen of
the State of *(name)* *GUYANA, South America;
and Resident of the City of New York.
And Born in GUYANA, South America*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual    *Please See Next Page*

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

*Venue is Proper in this District
Under 28 U.S.C Section 1391 (b).*

4

*Defendant, City of New York (city), is a Municipal Corporation within the State of New York and the Public Employer of the Police Officers.*

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    ~~The Amount in Controversy~~ *✓ ⊘*

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

**III.    Statement of Claim** *Pro-Se Plaintiff VIDYARTIE GANESH By and through him self and for himself Contends and Alleges to this Honofele Court as Follows:-*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*On April 27, 2019 Without Any Notice Without Any Warning, and with NO Due Process of LAW and Suddenly the Victim-Claimant Mr. GANESH By Definition WAS Kidnapped, Stolen, Seized, and Tortured By New York City Police Officers (NYPD); and Struggling to Breathe with Shortness of Breath and Massive Chest Pain and WAS Hospitalized.*

*Plaintiff Major Medical Condition, and Repeated Heart Surgeries; and due to Defendant City of New York Non-Cooperation and the refusal to produce Any Evidence. I cannot complete this Complaint and seek Leave to Amend this Complaint as soon as possible.*

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please See Attached.*

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *7-24-*, 20 *20*

Signature of Plaintiff

Printed Name of Plaintiff     *VIDYARTIE GANESH*

*Please See Attached Money Order made Payable to the Court in the Amount of $400.00. Thank you.*

6

Industrious Person of the Highest Quality. And was Reduced To Nothing by these Defendants.

## NOTICE OF CLAIM

2. Plaintiff - Ganesh, in Furtherance of the State Causes of Action, Filed Timely Notice of Claim Against the City of New York in Compliance with General Municipal LAW Section 50.

3. More than 30 days have Elapsed Since Service of Said Notice of Claim dated July 25, 2019, and the City of New York has Failed to Pay or Adjust the Claim and/or Failed, Neglected and Refused to Pay Plaintiff or Adjust the Claim.

4. See Attached hereto Notice of Claim dated July 25, 2019 and Filed with the City Comptroller officer on July 25, 2019, With Proof of Receipt Filed, Along with Proof of Letter of Claim Acknowledgment by Unsigned Letter dated July 30, 2019 by Mr. Scott M. Stringer Comptroller - All these Documents herein, will be Marked as Plaintiff-GANESH Exhibit "A"

7-24-2020

5. By Letter dated August 5, 2019 by New York City Attorneys Armienti, Debellis & Rhoden, LLP Scheduled Notice of 50-H Hearing Pursuant to Section 50-h of the General Municipal Law (GML) for Plaintiff-Ganesh to be Orally Examined Under Oath on October 16, 2019 at 2:00 P.M. Suite 520

6. On October 16, 2019 Plaintiff VIDYARTIE GANESH in Compliance With My Legal Obligation Appeared at the Defendat's City Attorneys office at 39 Broadway, New York N.Y. 10006-3034 at about 1:50 P.M. Ready, Willing and Able to be Examined Under Oath. The Defendant City of New York and its Attorneys Failed, Neglected and Refused to take my Testimony Under Oath, Claiming that They don't a Court Reporter Now. And did Not Take My Documents They Requested.

7.

2   7-24-2020

8. By Letter dated December 23, 2019
Defendant City of New York Attorneys
Armienti, Debellis & Rhoden, LLP
Sent Me-Plaintiff- Ganesh to Appear
for Hearing dated March 12, 2020
at 10:36 A.M.

9. On March 12, 2020, at about 10:15 AM
Plaintiff VIDYARTIE GANESH, Appeared
at Defendant City Attorney's office
at 305 Broadway Suite 500,
New York, N.Y. 10006-3034 Ready,
Willing and Able to Comply and
Complete and Discharge My
Legal Obligations Pursuant to Section
50-H of the General Municipal LAW.
Defendant City of New York and its Attorneys
Again Failed Neglected and
Refused to Take Plaintiff Vidyartie
Ganesh Testimony   on March 12, 20:
and Claiming this Time that their
Court Reporter is Busy and That, They don't
have Another Court Reporter, Now.
And Refused to Take My Documents
They have Requested.

3   7-24-2020

11. By Letter dated June 16, 2020 of Defendant City of New York Attorneys Armienti, Debellis & Rhoden, LLP Scheduled 50H Hearing for September 1, 2020 for Plaintiff VIDYARTIE GANESH, which Will Be Passed the Statute of Limitations and far beyond the Statutory Time to Sue in Court Defendant-City of New York Which is Within one Year and Ninety Days from the Date of the Occurrence Which is April 27, 2019.

12. Defendant-City of New York said Attorneys Letter of and dated June 16, 2020 Which was Received by Plaintiff on July 20, 2020, WAS Put in Someone's Else Mail Box.

13. Defendant-City of New York Said mentioned Attorneys Above Committed a FRAUD Upon Plaintiff-GANESH, by Attempting to Conduct la 50H-Heading Under Oath of Plaintiff VIDYARTIE GANESH After the Statutory Time of one year and Ninety days have too Expired for Such Heading Under Oath Set for September 1, 2020 at 10:00 A.M.

4    7-24-2020

14. Defendant-City of New York Attorneys Armienti, Debellis & Rhoden, LLP, Letter dated December 23, 2019 FALSELY CLAIMED ..."The Hearing ... Has Been Adjourned At Your Request" March 12, 2020.

15. Plaintiff Deny Defendant City of New York Attorneys mentioned Above FALSE and Fraudulent Statement of By their Letter, December 23, 2019.

16. Plaintiff-Ganesh Never Requested an Adjournment from Defendant City Attorneys mentioned Above NEVER.

17. Defendant-City of New York Attorneys Armienti, Debellis & Rhoden LLP, Letter dated June 16, 2020, Again FALSELY Claimed ... "The Hearing has been Adjourned at Your Request Hearing date September 1, 2020, 10:00 AM".

18. Plaintiff-Ganesh Never Requested an Adjournment from This Defendant City of New York Attorneys mentioned Above. NEVER.

19. The Defendant City Attorneys LIED. See Attached hereto All Letters from Defendant City of New York Attorneys- Which, Will be Marked Collectively As Plaintiff-Ganesh Exhibit "B" 5 / 7-24-2020

20. Defendant City of New York Voluntarily, knowingly and Intentionally Relinquished its Statutory or Legal Right to Conduct a 50-H Hearing Pursuant to Section 50-H of the General Municipal LAW (GMC) and is Thereby WAIVED.

20. Defendant City of New York and by its Attorneys Armienti, Debellis & Rhoden LLP by its Repeated Fraudulent Conduct and Acts of Dishonesty cited herein above is BARRED by Estoppel and therefore Estopped of the Requirements of Section 50-H of the General Municipal LAW (GMC).

22. That, as a Result, Plaintiff-Gravesh has Fully Complied with its Legal Obligations to Defendant-City of New York Pursuant to Section 50-H of the General Municipal LAW (GMC) and Demands a Legal Judgement from Defendant-City of New York or Full Reparations & No Matter What - for My Long Suffering and Punishment.

6

7-24-2020.

23. 42 U.S.C. Section 1983. Its Purpose is to Provide a Remedy to those Who (1) are Deprived of Rights (2) Under Color of LAW. See Singer V. Fulton County Sheriff, 63 F.3d 110 (2nd Cir. 1995).

24. The Defendants herein Acts Under Color of LAW, as Cited in My Notice of Claim and the Acts mentioned herein above and will be Fully Stated in My Amended Complaint due to this Defendant City Non-Compliance and Non-Cooperation.

25. Plaintiff incorporated by Reference the Notice of Claim dated July 25, 2019, Filed with Defendant City and Attached hereto.

26. At All Times Mentioned, the Unlawful, Wrongful, Fraudulent, and FALSE Arrest and Imprisonment of Mr. GANESH was without Right or Probable Cause and was Forcible and Against his Will.

27. All of the Foregoing Occurred without Any FAULT or Provocation on the Part of Mr. GANESH.

7-24-2020

28. At No Time during the Events Described here did the Defendant Officers have Probable Cause for the False Arrest of Mr. GANESH and there WAS NO Legal Cause or Excuse for his Seizure.

29. The Actions of the herein Defendant Officers Violated Mr. GANESH's Clearly Established Rights Under the First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the Constitution of the United States of America, and Were Direct and Proximate Cause of the Physical and Psychological Injuries Mr. GANESH Suffered.

30. The Actions of All Defendants Were Intentional, Malicious, and in Bad Faith, thus giving Rise to Punitive Damages to All Defendants.

31. The Defendant Officers Deliberate Indifference Violated Mr. Ganesh's Constitutional Rights for Which he Suffered Substantial Damages.
8  7-24-2020

# DAMAGES

32. As a Direct and Proximate result of the Said ACTS of the Defendants, Mr. GANESH Suffered the Following Injuries and Damages:

A. Violation of his Rights Under the First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the Constitution of the United States;

B. Loss of Physical Liberty;

C. Life Threatening Physical Injuries, Pain and Suffering, Extreme FEAR, Emotional TRAUMA, Requiring the Expenditure of Money for Treatment Expected to LAST the Rest of his LIFE;

D. Economic Damages Including Loss of Income and Future Income; and

E. Humiliation, Embarrassment, SHAME and Injury to Reputation for the Rest of his Life. The Physical, Psychological, and Economic Consequences of the Defendants' Actions continue to date, and Upon Information and Belief, will Continue into the Future.

9      7-24-2020

WHEREFORE, Plaintiff Request and Require the following Relief Jointly and Severally as Against All of the Defendants:

1. Award Compensatory Damages in an Amount to be Determined at Trial; If NO Trial is Allowed in this Case, then Plaintiff-Ganesh Demands Full Fair and Just Reparations from Defendant City of New York Until Paid

2. Award Punitive Damages in an Amount to be Determined at Trial; If NO Trial and NO Justice is Allowed in this Brutal Attack of Victim - GANESH, then Plaintiff-GANESH Demands Full, Fair and Complete Reparations from Defendant - City of New York Until Fully Paid!

3. As a Compromise Plaintiff-GANESH will Accept the Same Paid to American Lawyer Kenneth Perry Won $6.25 Million for his Arrest a Life Ruined by Cops Or $5 Million Settlement for Mr. Larry Jackson Settled by this Court. Please See both cases Attached.

Respectfully,

Plaintiff

Page 16

VIDYATIE GANESH
7-24-2020.

# EXHIBIT A

## OFFICE OF THE COMPTROLLER CITY OF NEW YORK

## THURSDAY JULY 25, 2019 . JURY DEMANDED NO MATTER WHAT!

NOTICE OF CLAIM AS CONTINUED FOR CLAIMANT VIDYARTIE GANESH, VICTIM OF NEW YORK CITY POLICE DEPARTMENT FROM FIRST PAGE. AS WELL FOR PERSONAL INJURY CLAIM AGAINST THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT (NYPD), POLICE OFFICER WILLIAM CLEMENS AND POLICE OFFICER FITZMAURICE SHIELD NUMBER 11671 ; AND BOGUS FALSE WITNESS DARA MCCANTS . SEE NEW YORK CITY CLAIM FORMS ATTACHED HERETO AND NOTARIZED.

NATURE OF CLAIM : RACISM,  Seizing, Torturing and FALSE Imprisonment of Claimant all of which were Illegal, Racial, Racist, Discriminatory, Unlawful, and Unconstitutional . Thereby give Rise to this Claim for Civil Rights Violations, Human Rights Violations and Constitutional Violations; and Personal injury and in Violation of U.S. and International Law; and A Claim for EXCESSIVE FORCE used by said New York City Biased Police Officers WILLIAM CLEMENS AND FITZMAURICE. And in Support thereof, the Contentions and Allegations, alleges and States as follows:

1. The Claimant was FALSELY Accused because of my Race and Color and That, as a Result, Constituted Racial Discrimination.

1

The Claimant committed NO Crime whatsoever. The Claimant
Was set up. The Claimant had Four (4) Heart Surgeries and
Suffered from Disabilities and Blind from one eye.

2. The Dismissal of said Police FALSE CLAIM offered by them,
Conclusively and Definitively Proving, Beyond any Scintilla of
Doubt, that said Claimant is an Innocent Man. Case like this one
is how this Racist System Put innocent People to Death and/or
Unlawful and FALSE Imprisonment for years and years.

3. The New York City Police made an Illegal FALSE ARREST of the
innocent victim and Claimant and in order to Cover –Up the
FALSE ARREST they Filed a FALSE BOGUS CLAIM and a FALSE
Charge and That, is what this Case is about members of the Jury.
The Victim Claimant VIDYARTIE GANESH, Fundamental Rights
were Violated and one of the Worse Crimes against Humanity in
Violation of New York City Human Rights LAW and United States
and New York State Constitutions and International LAW.

4. On April 27, 2019, about 6:30 p.m. the Claimant VIDYARTIE
GANESH, while Lawfully and Peacefully shopping in The Home
Depot at 132-20 Merrick Blvd, Springfield Gardens, N.Y. 11434,
Without any Notice or Warning I was SEIZED by Two white Men

2

Police Officer William Clemens and Police Officer Fitzmaurice Shield Number 11671 and taken out of said Home Depot with the Claimant's hands <u>tightly</u> handcuffed behind his back, <u>with NO REASON GIVEN</u> at the said time for the said Illegal, Wicked and Unconstitutional Arrest. Thereby Causing Claimant VIDYARTIE GANESH immediate and Severe Chest Pain and Difficulty breathing and Massive <u>Unparalleled Shame and Embarrassment</u> before the eyes of the Public.

5.  The Claimant was then taken against his will and without Consent and by Force and FRAUD to the 113 TH Precinct, Police Station, where said Claimant VIDYARTIE GANESH, Finally Collapsed in massive Pain and Suffering and as a Result, of the tightly handcuffed behind his back by the Cruel New York City Police Officer William Clements thereby <u>Restricting Blood</u> to the Claimant's Heart and caused severe Chest Pain and Aggravated Claimant's Heart and thus, Constituting <u>Excessive Force</u> and Cruelty and Unnecessary Painful Suffering .

6. Despite the fact, of said illegal arrest and severe Pain and Suffering the Police Office <u>put Chain on Claimant's Feet and left the handcuffed behind his back</u> and put Claimant into an Ambulance which took him to Queens, Jamaica Hospital Crying

out with Pain and his Feet were Chained and hands cuffed behind his back . This Constitute the Worse Criminal Evil I have ever seen or heard of in modern times .

7. These Heartless RACIST MEN show NO Mercy to their Victim Mr. Ganesh and treated the Victim so unjustly like a common Criminal when in Fact, NO Crime was ever Committed by the Claimant and the <u>FALSE CLAIM</u> was a LIE and the Charge was Never Proven in Court. It was a Fraud upon New York City Court and a Fraud upon the innocent victim Claimant Mr. Ganesh.

8. On April 27 and/or 28 , 2019, In side Jamaica Hospital in the said Hospital bed New York City Cruel Police Officer FITZMAURICE Shield Number 11671 <u>Handcuffed one of Claimant's HANDS to Said Bed; then Police Officer FITZMAURICE, Hancuffed Both of Claimant's Hands to the said Bed at a different time, and then left the Chain</u> on Claimant's Feet despite the Tremendous and Terrible PAIN I was in thereby Constituting <u>EXCESSIVE FORCE</u>, Barbarous Punishment, Inhuman Treatment,  and CRUEL and UNUSUAL PUNISHMENTS Contrary to, and in Violation of the Eighth Amendment to the United States Constitution which Prohibits Excessive Punishments that involve the Unnecessary and Wanton Infliction of Pain . This New York City Police Treated

4

Me like a SLAVE. This is Worse than SALVERY OR the SAME. As Dred Scott Slave Master was from New York and a Citizen of New York in the United States Supreme Court Case Dred Scott v. John Standford, 1857. The Supreme Court Ruled in favor of Slavery.

9. As well it Violates the 14th Amendment to the United States Constitution AND DEPRIVED Claimant Mr. Ganesh of his LIFE, DEPRIVED Claimant Mr. Ganesh of his Liberty and DEPRIVED Claimant Mr. Ganesh of his Property; and it Violates New York State Constitution; and in Breach of New York City Human Rights Law and International Law and a Crime against Humanity as Claimant was <u>TORTURED by inflicting excessive Pain and Suffering committed</u> by the New York City Police in this so-called Sanctuary City and the Police Tape will Prove It.

10.     To PROVE my case Request and Demand is hereby made upon the The City of New York, and  New York City Police Department and I DEMAND that the Police Tape " Body Worn Camera Footage be Produced <u>from Start to Finish</u> Forthwith meaning IMMEDIATELY So the People of New York City and State and the American People and the entire World can see what these Cruel and Heartless Men did to Me and how they did it.

5

They Say if you See Something, Say Something". So Let the
whole World See how Bad they Treated Me and TORTURED Me.
The People have a Right to Know and we have a Right and a
Duty to Prevent a Repeat of the Same and which will save Lives.

11.      New York City Police Officer William Clemens, said to Me
VIDYARTIE GANESH, on April 28, 2019, that he got a call at 6:20
P.M and he Arrested me at 6:30 P.M.

12.      Police Officer William Clemens Stated in his Complaint
dated April 28, 2019, " That on or about April 27, 2019 at about
7:06PM , … The Defendant Committed the Offenses"…

13.      Common Sense tells us that if You Arrested someone at
6:30 PM then NO Offenses cannot be committed at about
7:06PM . Therefore this could or would Constitute a big LIE and a
Massive and Unprecedented Police FRAUD. See attached hereto
a copy of the two Pages of said Complaint dated April 28, 2019,
Purportedly signed by Police Officer William Clemens and will be
marked as Claimant Mr. Ganesh  Exhibit "A" as Proof and
Evidence to support said claim .

14.      On July 11, 2019, after I DEMANDED ALL THE EVIDENCE
from my Court appointed Attorney be Produced. I was advised

6

by said Attorney that said case is DISMISSED and will be sealed in six months. On to this day I have NOT Seen Any EVIDENCE and NO Evidence was Produced to Me of what was Illegally, Unconstitutionally and FALSELY Alleged against me , despite Repeated Demands to my Attorney Office .

15.    On April 27, 2019, Police Officer William Clemens Illegally, Unconstitutionally and Unlawfully arrested Claimant WITHOUT PROBABLE CAUSE and SEIZED Mr. Ganesh in Violation of Claimant's FOURTH Amendment Rights to the United States Constitution and in Violation of New York State Constitution .

16.    AND further in Violation of Mapp v. Ohio, case in which the United States Supreme Court on June 19, 1961, Ruled 6-3) that Evidence Obtained in Violation of the Fourth Amendment to the United States Constitution, which Prohibits "Unreasonable Searches and Seizures", is Inadmissible in State Courts.

17.    On April 27, 2019 Police Officer William Clemens Violated Claimant's Fifth Amendment Rights to Remain Silent and to read my Rights ; and Violated Claimant's Sixth Amendment Right to have Assistance of Counsel at the Police Station Etc ; and Violated Claimant Mr. Ganesh Right to Due Process of Law in

7

Violation of the 14th Amendment to the United States
Constitution and in Violation of New York State Constitution all
of which were Detrimental to the Claimant Mr. Ganesh and
Caused Horrible Suffering and Unprecedented Shame and
Embarrassment and which Destroyed My Life for the Rest of My
Life . And left an Indelible Dirty criminal record on my record for
the Balance of my life and for Generations to come.

18.     New York City Police Officer William Clemens on April 28,
2019, DELAYED AND DENIED Medical Treatment of Claimant Mr.
Ganesh and instead Put Mr. Ganesh in holding Cell. Hence, Mr.
Ganesh's Physical and Psychological Pain and Suffering were
Significantly exacerbated and Medical conditions have gotten
Worse AND Worse due to his Police Officer William Clemens
Brutality, Gross Negligence, Misconduct and Cruelty and was
Unnecessary, Unreasonable and USE OF EXCESSIVE FORCE .

## 19.     INJURIES AND DAMAGES

20.     Claimant Mr. Ganesh was Injured and Suffered Injuries to
his Right and Left Arm and Shoulders and Suffered Chest Pain
and further Aggravated the Heart for which Claimant is having
Repeated Cheat Pains; and is Suffering Mentally and with

8

Depression etc., and I am Presently having Treatment at a
Specific location in Brooklyn New York and using Medications.
And having Physical Therapy for the other Injuries mentioned
hereinabove at 350 Fulton Street, Brooklyn, New York 11204.

## 21.   DAMAGE AND PUNITIVE DAMAGES .

22.     As a Direct and Proximate Result, of Police Officer
William Clements and Police Officer FITZMAURICE,
Deliberate Indifference, Racial Discrimination, Racial
Advantage,  Racism, Intentional Police Misconduct,
Illegality, False Arrest, False and Unlawful Imprisonment,
Gross Negligence, TORTURE, Constitutional Violations,
Deprivations Suffered by Mr. Ganesh by Human Rights
Violators; and the City Deliberate Indifference to the
Guaranteed Constitutional Rights granted by New York
State and the United States to said Claimant Mr. Ganesh
and thus, Claimant was DAMAGED and is Claiming $ 30
Million Dollars in Damages including Punitive Damages
and the City of New York and others are Fully and Legally

Liable to their Victim Mr. Ganesh, Until and Unless this Claim is Fully, Fairly and Justly Settled.

23.    United States Federal Judge Ricardo Urbina wrote "The Court declines to Excuse the Government's Reckless Violation of the Defendant's Constitutional Rights as harmless error." As the Federal Judge Throws out Blackwater Manslaughter Charges . See attached hereto Reported on January 1, 2010.

24.    United States Chief Justice John Roberts said that the Supreme Court Remained FREE to Correct its WORSE ERRORS. New York City Must Do the Same in this Case and Make Peace for the Good of the People and Country.

25.    City to Pay "COP – STRIKE" Doctor. A former Bronx Cancer Surgeon ... who Claimed Cops Manhandled her during a Spat over a Parking ticket WON nearly $1.2 Million in an  EXCESSIVE –FORCE LAWSUIT .She Sue the City for $30 Million seven months later, Claiming her Civil Rights were Violated when a Cop pushed her and

10

grabbed her arm during the ARREST . Reported in New York Post on April 27, 2019. Please see attached.

26.  I moved to New York City from Canada in 1984. I am a Citizen by Birth of Guyana South America. All My 3 Children were Born in New York City. Please be advised that the Doctor's case above is similar to my case here, except I suffered far More DAMAGES and SUFFERED long and will Suffer for the Rest of My Life. However, in the Interest of Peace and My Medical Condition and the Good Relations the Honorable United States Government shares with My Government in Guyana South America, next to Venezuelan. I am offering You this Opportunity to Settle this Case <u>within 30 days</u> for the same amount the City Paid to the Doctor or will Pay as Reported in New York Post on April 27, 2019.

27.  Please Consider this: My fellow Guyanese Citizens who were New York City Police Officers <u>DIED</u> in the line of DUTY for New York City and the United States of

America. They Lost their Lives to make this City Safe
and Great. To be submitted  the Police Officers who
gave their Lives and Lost their Lives for New York City.
Also they are other Guyanese Citizens who are serving
in New York City Police Department I was told.

28.   Please Take Notice, that the Claimant VIDYARTIE
GANESH will be Ready and Willing to submit himself to
a 50 – h Examination under oath, upon your written
Request and within the 30 days period in which time
you can choose to Adjust and Settle said Claim.

29.   Please Take Further Notice, that upon the Expiration
of the said 30 days. You are hereby given an extra 7
days in which to Adjust and Settle this Claim. Failing
Which, I SHALL Proceed with full speed to the United
States Federal Court and File a Lawsuit against the
Police and the City of New York etc., to recover for my
Damages and losses Pursuant to 42 U.S.C. Sections
1983, 1985, 1986, and 1988; and the First, Forth, and

12

Fifth, and Fourteenth Amendments to the United States Constitution and the Laws of the State of New York . As Mr. Louima Lawyer sued the City of New York and got a Settlement of over $ 8 Million Dollars which was a Big WASTE of Taxpayers Money when the case could have Settled for far Less .

30.  The ERIC GARNER Case was Settled for over $ 4 Millions Dollars I was Told.

31.  Other cases were Settled for Millions.

32.  PLEASE BE REMINDED That, at all relevant times, these Defendants the Police Acted Forcibly in Apprehending the innocent Claimant and the Wrongful, Unjustifiable, and Unlawful apprehension, arrest, Detention and imprisonment was Carried out Without a WARRANT in The Home Depot ; and was Without the Right or PROBABLE CAUSE, and was Forcible and Against his WILL .

13

33.   All of the FOREGOING Occurred without Any FAULT or PROVOCATION on the Part of Mr. Ganesh.

34.   NOTICE IS HEREBY GIVEN to the City of New York, the State of New York and the United States of America, to File a Claim for REPARATION If All FAILS due to RACISM, and the Reality of a Racist Justice System and Bullyism.  As the Guyanese President said "REPARATION is Serious Business" There was a CRIME but there was NO Punishment . There was a CRIME but there was NO Justice said Guyana President David Granger Reported on May 23 2016 in Guyana Times . See Proof Attached hereto.

35.   Take Notice that My Life is in Danger therefore, Complaints will be Filed with Countries and Nations on this Planet including India and China and the United Nations Notifying Them what happened to Me in New York City and What New York City BIASED Police Did to

14

Me. The Worse Human Rights Violation on Earth in my view.

36.   Please understand that They Must be an International Condemnation of a Racist System that Promises NO Justice to People of color as I myself was Cheated and Defrauded of My Properties by the Crooked Brooklyn Supreme Court Judges using the Corrupt Court system to Steal my Properties with NO Trial and NO Right to a Trial and I was left with No where to go and from then to NOW still Suffering and Recover Nothing all of which were the Biggest Injustice.

37.   ZIMBABWE Government Pays $64 Million United States Dollars to White former Farmers for their Land Unjustly Taken by the previous Biased and Racial Government as Compensation. See attached.

38.   PUNITIVE DAMAGES IS NECESSARY AND ABSOLUTELY WARRANTED in this case where the New York City BIASED Police have Treated Me like a Slave Destroyed My Life Forever and Jailing an Innocent Man

15

and Because New York City Local Government have No Regard for Human Life and NO Respect for New York State and United States Constitutions and Defied its Own Human Rights LAW and Continued to Use Excessive Force with Impunity costing New York Taxpayers Millions of Dollars in Police Misconduct cases. Simply put, Punitive Damages is Designed to Prevent a Repeat of the Defendant's DANGEROUS Conduct and to Protect People and a Defenseless Society. See attached Aetna Faces $ 116 Million Punitive Award Reported in The New York Times on January 21, 1999. Please see attached Our Honorable Judges in Guyana holds the Guyana Government and the Guyana Police Force Accountable and ORDERED that the Victims Be Compensated .

39.     Please be advised this Document has 16 Pages along with the Notarized Pages attached hereto in place of this.

Respectfully,

VIDYARTIE GANESH

JULY 25, 2019.

16



**New York City Comptroller**
Scott M. Stringer

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.

## TYPE OR PRINT

**I am filing:**
   ○ On behalf of myself. ✓
   ○ On behalf of someone else. If on someone else's behalf, please provide the following information.

| | |
|---|---|
| Last Name: | *GANESH* |
| First Name: | *VIDYARTIE* |
| Relationship to the claimant: | *CLAIMANT* |

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | *Self-Represented* |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Tax ID: | |
| Phone #: | |
| Email Address: | |

## Claimant Information

| | |
|---|---|
| *Last Name: | *GANESH* |
| *First Name: | *VIDYARTIE* |
| Address: | |
| Address 2: | *184-16 Edgewood Ave* |
| City: | *Springfield Gardens* |
| State: | *Jamaica* |
| Zip Code: | *New York, 11413* |
| Country: | *United States* |
| Date of Birth: | *4-9-1964*   Format: MM/DD/YYYY |
| Soc. Sec. # | *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* |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| Email Address: | |
| Occupation: | |
| City Employee? | ○ Yes ○ No ○ NA |
| Gender | ○ Male ○ Female ○ Other |

NYC COMPTROLLER
PUBLIC INFORMATION CENTER
CERTIFIED PHOTOCOPIES

2019 JUL 26 A 11: 22

**\* Denotes required field(s).**



**New York City Comptroller**
Scott M. Stringer

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | *Not Vehicle* |
| First Name: | |
| Address | *See Attached All* |
| Address 2: | *Information* |
| City: | *on 16 Pages* |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |

**Description of claimant:**
◯ Driver   ◯ Passenger
◯ Pedestrian   ◯ Bicyclist
◯ Motorcyclist   ✓ Other

| | |
|---|---|
| City Driver Last Name: | |
| City Driver First Name: | |

**\*Total Amount Claimed:** *$30 Million Dollars*   Format: Do not include "$" or ",".

**Date** *July 25, 2019*

**Signature of Claimant**

State of New York
County of *Queens*

I, *VIDYARTIE GANESH*, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

**Signature of Claimant**

Sworn before me this day *25th July, 2019*

**Signature of notary**

ROSEMARIE ROOPCHANO
Notary Public, State of New York
No. 01RO6155909
Qualified in Queens County
Commission Expires on 11/20/20

22

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The time and place where the claim arose**

\*Date of Incident: 4-27-2019  *Format: MM/DD/YYYY*

Time of Incident: About 630 P.M.  *Format: HH:MM AM/PM*

\*Location of Incident: The Home Depot 132-20 Merrick Blvd, Springfield Gardens, New York 11434.

Address:

Address 2:

City:

State:

Borough:

**\*Manner in which claim arose:**

**Attach extra sheet(s) if more room is needed.**

**The items of damage or injuries claimed are (include dollar amounts):**

See Attached

**Attach extra sheet(s) if more room is needed.**

**\* Denotes required field(s).**

*Page 2 of 5*

OFFICE OF THE COMPTROLLER CITY OF NEW YORK

NOTICE OF CLAIM

**CLAIMANT INFORMATION**

CLAIMANT'S NAME: _Vidyartie Ganesh_   TEL. #: _(347) 395-8987_

STREET   ADDRESS: _184-16 Edgewood Ave Springfield Gardens_

CITY: _Jamaica_   STATE: _New York_   ZIP: _11413_

SOC. SEC. # or TAX I.D. #: _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_

**CLAIM INFORMATION**

CITY AGENCY INVOLVED: _City of New York and New York City Police Department Etc. Police Officer William Clemens & Police Officer Fitzmaurice_

NATURE OF CLAIM: (ATTACH ADDITIONAL SHEET(S) OF PAPER, IF NECESSARY)

_On April 27, 2019, about 6:30 P.M at The Home Depot on 132-20 Merrick Blvd Springfield Gardens, N.Y. 11434. I was Unlawfully and Illegally Seized by the Above Mentioned Police Officers._

TOTAL   AMOUNT   CLAIMED: $ _See Attached_

IF MORE THAN ONE ITEM IS INCLUDED IN THE TOTAL AMOUNT CLAIMED, SUPPLY BREAKDOWN OF AMOUNTS AND SPECIFY ITEMS: (ATTACH ADDITIONAL SHEET(S), IF NEEDED)

| ITEM | AMOUNT |
|---|---|
| 1. _See Attached_ | $ |
| 2. _16 Pages_ | $ |
| 3. _Contained Said_ | $ |
| 4. _Information of_ | $ |
| 5. _Said Claim._ | $ |

PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICES, ETC. _See Attached._

CLAIMANT'S SIGNATURE:

SS: STATE OF N.Y.
CITY OF N.Y.   SUBSCRIBED AND SWORN TO BEFORE ME THIS _25_ DAY OF _July 25_, 20 _19_

NOTARY

TO: OFFICE OF THE COMPTROLLER
DIVISION OF LAW - RM.1225 South
1 CENTRE STREET
NEW YORK, N.Y. 10007
TELEPHONE # (212) 669-4736

YASODRA SEENARINE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SE6163476
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES MARCH 26, 20 _23_



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

WWW.COMPTROLLER.NYC.GOV

015 - 151

Scott M. Stringer
**COMPTROLLER**

Date:           07/30/2019
Claim No:    2019PI020252
RE:             Acknowledgment of Claim
Your Claim/Policy#:

VIDYARTIE GANESH
184-16 EDGEWOOD AV
SPRINGFIELD GARD, NY 11413

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at 212-669-2478 for claims involving personal injury.

Sincerely,

Bureau of Law & Adjustment

EXHIBIT B

# ARMIENTI, DeBELLIS & RHODEN, LLP

ATTORNEYS AT LAW
39 BROADWAY, SUITE 520
NEW YORK, NEW YORK 10006-3034
(212) 809-7074
FAX NO. (212) 809-7713

MICHAEL ARMIENTI°
SILVANA DEBELLIS
HORACE O. RHODEN
VANESSA M. CORCHIA
JAMES J. DUNNING
THOMAS J. REAPE, JR.

HON. (RET) MARC J. WHITEN
OF COUNSEL

**LONG ISLAND OFFICE:**
170 OLD COUNTRY ROAD, SUITE 607
MINEOLA, NY 11501-4313
(516) 877-1202
FAX NO. (516) 877-8099

**NEW JERSEY OFFICE:**
375 CEDAR LANE
TEANECK, NJ 07666-3432
(201) 222-8588

SUSAN D. SMODISH*
RYAN H. McALLISTER
SHANTA'E A. JOHNSON°
ALICE N. LEUNG
JONATHAN E. GLASER°
SEAN R. CAMPBELL
CHRISTOPHER M. GRIMALDI
JOSEPH M. SANTIAGO
KATRINA M. OZOLS°
KENNETH J. LANDAU
ILYA GORELIK

°NY & FL BARS
*NY & MA BARS
□NY & NJ BARS

EMAIL: INFO@ADRLLP.COM

## PLEASE RESPOND TO NEW YORK OFFICE

## NOTICE OF ADJOURNMENT

015 - 229

June 16, 2020

**Certified – Return Receipt Request**
Vidyartie Ganesh
184-16 Edgewood Avenue
Springfield Gardens, NY 11413

## Please Bring Proper Identification to the Hearing.

**Re:** ADJOURNMENT OF 50-H HEARING
**Claimant Name:** Vidyartie Ganesh, Pro Se
**Claim No.:** 2019PI020252

Dear Mr. Ganesh:

This is to confirm that the hearing for the above referenced claim has been adjourned at your request and has been rescheduled for the following location and time:

LAW OFFICES OF:    Armienti, DeBellis & Rhoden, LLP
39 Broadway, Suite 520
New York, New York 10006-3034

HEARING DATE:    September 1, 2020

HEARING TIME:    10:00 a.m.

**If our office is still closed due to the Covid-19 pandemic this hearing will conducted by Zoom Conference. If you have issues using Zoom please contact us and we will assist you.**

**Since you are appearing pro-se, please note that one business day prior to the hearing, you MUST call our office and leave a message (please leave a phone number and email address) or email sdebellis@adrllp.com and lohara@adrllp.com to confirm you will be attending.**

**Claimant Name:** Vidyartie Ganesh, Pro Se
**Claim No.:** 2019PI020252
June 16, 2020

**Applications for all additional adjournments must include the reason for the request and will be granted for good cause only. Applications for adjournments must be made by email to lohara@adrllp.com with suggested dates.**

*All questions with regard to this notice should be addressed to the undersigned at* sdebellis@adrllp.com.

Sincerely,

Silvana DeBellis

Cc:     Comptroller's Office
        1 Centre Street
        NY, NY 10007

# ARMIENTI, DEBELLIS & RHODEN, LLP
### ATTORNEYS AT LAW
39 BROADWAY, SUITE 520
NEW YORK, NEW YORK 10006-3034
(212) 809-7074
FAX NO. (212) 809-7713

MICHAEL ARMIENTI°
SILVANA DEBELLIS  .
HORACE O. RHODEN
VANESSA M. CORCHIA
JAMES J. DUNNING
THOMAS J. REAPE, JR.

HON. MARC J. WHITEN

LONG ISLAND OFFICE:
170 OLD COUNTRY ROAD, SUITE 607
MINEOLA, NY 11501-4313
(516) 877-1202
FAX NO. (516) 877-8099

NEW JERSEY OFFICE:
375 CEDAR LANE
TEANECK, NJ 07666-3432
(201) 222-8588

SUSAN D. SMODISH*
RYAN H. McALLISTER
SHANTAE A. JOHNSON°
ALICE N. LEUNG
JONATHAN E. GLASER.°
SEAN R. CAMPBELL
CHRISTOPHER M. GRIMALDI
JOSEPH M. SANTIAGO

°NY & FL BARS
*NY & MA BARS
°NY & NJ BARS

EMAIL: INFO@ADRLLP.COM

## PLEASE RESPOND TO NEW YORK OFFICE

### 2NOTICE OF ADJOURNMENT

015 - 229

December 23, 2019

**Certified – Return Receipt Request**
Vidyartie Ganesh
184-16 Edgewood Avenue
Jamaica, NY 11413

### Please Bring Proper Identification Prior to Commencement of the Hearing.

**Re:**   ADJOURNMENT OF 50-H HEARING
**Claimant Name:** Vidyartie Ganesh, Pro Se
**Claim No.:** 2019PI020252

Dear Mr. Ganesh:

This is to confirm that the hearing for the above referenced claim has been adjourned at your request and has been rescheduled for the following location and time:

LAW OFFICES OF:      Armienti, DeBellis & Rhoden, LLP
39 Broadway, Suite 520
New York, New York 10006-3034

HEARING DATE:      March 12, 2020

HEARING TIME:      10:30 a.m.

**Since you are appearing pro-se, please note that one business day prior to the hearing date, you MUST call our office to confirm that you will be appearing at the hearing. Applications for all additional adjournments must include the reason for the request and will be granted for good cause only. Applications for adjournments must be made by email to lohara@adrllp.com with suggested dates.**

*All questions with regard to this notice should be addressed to the undersigned at* sdebellis@adrllp.com.

Sincerely,

Silvana DeBellis

Cc:    Comptroller's Office
1 Centre Street
NY, NY 10007

# ARMIENTI, DeBELLIS & RHODEN, LLP

### ATTORNEYS AT LAW
39 BROADWAY, SUITE 520
NEW YORK, NEW YORK 10006-3034
(212) 809-7074
FAX NO. (212) 809-7713

MICHAEL ARMIENTI°
SILVANA DEBELLIS
HORACE O. RHODEN
VANESSA M. CORCHIA
JAMES J. DUNNING
THOMAS J. REAPE, JR.

—

HON. MARC J. WHITEN

**LONG ISLAND OFFICE:**
170 OLD COUNTRY ROAD, SUITE 607
MINEOLA, NY 11501-4313
(516) 877-1202
FAX NO. (516) 877-8099

**NEW JERSEY OFFICE:**
375 CEDAR LANE
TEANECK, NJ 07666-3432
(201) 222-8588

SUSAN D. SMODISH°
RYAN H. McALLISTER
SHANTAE A. JOHNSON°
ALICE N. LEUNG
JONATHAN E. GLASER²
SEAN R. CAMPBELL
CHRISTOPHER M. GRIMALDI
JOSEPH M. SANTIAGO

—

°NY & FL BARS
¹NY & MA BARS
²NY & NJ BARS

**Email: INFO@ADRLLP.COM**

## PLEASE RESPOND TO NEW YORK OFFICE

August 5, 2019

## NOTICE OF 50-H HEARING

015 − 280
**Certified-Return Receipt Requested**
VIDYARTIE GANESH
184-16 Edgewood Avenue
Jamaica, NY 11413

**Please bring proper identification to be presented prior to commencement of the hearing.**

Re: Claimant Name: <u>In The Matter of the Claim of VIDYARTIE GANESH v. The City of New York</u>
Claim Number: 2019PI020252
Our File Number: NYCY5496

Dear Sir / Madam:

Please take notice that, pursuant to Section 50-h of the General Municipal Law (GML), claimant(s) are mandated by law to appear at the following location, at the date and time specified below, to be orally examined, by a representative for the City of New York under oath relative to the occurrence and extent of injuries for which the above claim is made:

Date of Hearing: **October 16, 2019**

Time of Hearing: **2:00 P.M.**

Location of Hearing: 39 Broadway, Suite 520
New York, New York 10006-3034

VIDYARTIE GANESH v. The City of New York
2019PI020252
Page 2

**Since you are appearing pro-se, please note that one business day prior to the hearing, you MUST call our office to confirm you will be attending.** Please note that all claimants must appear. The hearing will begin promptly at the time indicated.

Upon receipt of this notice, please contact us if a language interpreter for your client is necessary. One day prior to the hearing, we will call your office to confirm the date and time of the hearing. If you confirm the hearing date at that time and you subsequently fail to appear for the hearing, you will be charged by the City for any legal fee, interpreter fee and stenographic fee incurred.

All applications for adjournments should be directed via email to sdebellis@adrllp.com and iohara@adrllp.com

When requesting an adjournment, please include alternate dates on which your client can appear.

In order to enter our building, please bring proper identification prior to commencement of the hearing. Additionally, you are requested to bring to the hearing original photographs of the accident scene and copies of all documents relevant to this claim including but not limited to:

(1) prior written notice map;
(2) all medical and hospital records;
(3) authorizations for the Comptroller's Office to obtain, as applicable, medical, criminal, employment and/or school records, and loss of income documentation;
(4) police reports.

Please be advised that nothing contained herein shall be construed as extending the statute of limitations beyond the statutory time.

All questions with regard to this notice should be addressed to the undersigned at sdebellis@adrllp.com.

Sincerely,

Silvana DeBellis

Silvana DeBellis

cc:     Comptroller's office
        1 Centre Street
        NY, NY 10007

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Vid Vartie Ganosh
184—16 Edgewood
                Ave
Springfield Gardans, NY 1113

9590 9402 5919 0049 3141 15

2. Article Number (Transfer from service label)

7016 1370 0000 7667 7833

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 5919 0049 3141 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Armienti, DeBellis & Rhoden, LLP
Attorneys at Law
39 Broadway, Suite 520
New York, NY  10006



# $6.25M for a life ruined by cops

## Jury award for attorney beaten in bogus arrest

SHAWN INGLIMA

Lawyer Kenneth Perry won $6.25 million in a suit after a rough arrest in 2011 left him constant pain and unable to do the things he loved.

**BY GRAHAM RAYMAN**
NEW YORK DAILY NEWS

A Brooklyn jury handed down a $6.25 million verdict in the case of a lawyer who was badly roughed up and arrested during an encounter with cops in family court.

Kenneth Perry — who says the 2011 incident left him in near-constant pain — won the verdict late Thursday following a three-week trial.

"I live in pain. There's not a moment in my life that I'm not in pain," Perry, 69, told The Daily News on Friday. "These are supposed to be my golden years. Maybe I'll have money, but my golden years will never be golden."

Perry was in family court June 16, 2011 representing a client who had been arrested for violating an order of protection when two 84th Precinct detectives took the client into a room for questioning.

Perry, a veteran criminal defense lawyer, objected, telling the detectives not to question his client outside of his presence. One of the detectives started yelling at him and threatened to arrest him.

"Arrest me for what?" Perry answered.

The cops threw him against a wall, slamming his head. Outside the courtroom, the officers slammed him into the side of a police car. Perry spent 20 hours locked up and had to wait four months before the trumped-up charges were dismissed.

Perry's injuries exacerbated his lower back pain and he had to have surgery to further fuse parts of his spine. Eight years later, the pain is still with him, and he's had to give up beloved pastimes.

"I used to play ball with my son. I had to stop. I couldn't go to my son's college games," he said.

"I used to be an avid motorcycle rider, and I had to give it up. Now, I go to work when I can, or I lie in bed at home most of the day. I can only take short walks with a cane."

During the trial, the detectives, Jason Palamarra and Samuel Calhoun, tried to blame Perry for the encounter, claiming he got first physical with them. But Perry's lawyer, Richard Levy, said security video inside and outside the courthouse proved Perry was right.

"None of what the officers claimed is supported by what's seen on the video," said Levy, who works for the firm Rubenstein and Rynecki. "The jury saw those videos, and it didn't justify the detectives' actions. The video backed up his version of events, and the jury found

it compelling. His version of the facts was supported by witnesses, including a retired court officer."

In the aftermath of the incident, Palamarra was disciplined for failing to properly record the encounter in his memo book.

"I'm still in shock," Perry said. "The jury didn't know me from anywhere, so for them to reaffirm to me that I did nothing wrong is satisfying."

The city could appeal the verdict. A spokesman for the Law Department said the city is evaluating its options.

Sanford Rubenstein, Levy's law partner, urged Police Commissioner James O'Neill to take a "hard look" at the verdict. "For detectives to subject a criminal defense lawyer who was simply doing his job to the assault and the abuse he suffered is inexcusable," he said.

Email to **voicers@nydailynews.com**, or send fax to **(212) 210-1505**, or post your letter to **Voice of the People, Daily News, 4 New York Plaza, New York, NY 10004**. Please include full name, address and daytime phone number. The Daily News reserves the right to edit letters.

# ICE OF THE PEOPLE

# ic Garner broke no law but still died

**anhattan:** Thank you, Voicer Mike Memphis. You hit the nail on its head. It has always enraged me that media coverage of the Eric Garner story always reports he died while selling loose cigarettes. While he may have previously sold some, he had not on He helped break up a fight, that is all. And there were f witnesses on the scene trying to explain that when lled up unfairly on Garner, Eric, who had been har- ore by police because of his large stature, was sick of d, "This stops today!"

did not stop. Daniel Pantaleo, and all the other officers l Eric down, are still working and getting paid, con- o "enforce" the law in their egregiously prejudicial which clearly leads to disastrous results.

l police enforce law in a biased manner. And not all e excessive force or murder a man for no reason. But icers did. They must be held accountable, particularly , who heard Eric saying "I can't breathe, I can't I can't breathe, I can't breathe, I can't breathe, I can't I can't breathe, I can't breathe, I can't brea...." until his th. Wrong actions with no accountability and no sions set a despicable precedent for future genera- an't breathe.                    *Pamela Carter*



NEW YORK DAILY NEWS

off half its staff because they ... ... ... ue to their

**Better service first**

... ... As your July 27

son St., not Bethune St. This disrespect has gone on for many months and is not fair

# City's police-suit info falls short



New York Post, Monday, September 16, 2019

# NYPD'S HIDDEN COSTS

By CRAIG McCARTHY, RICH CALDER and BRUCE GOLDING

City Hall's official tally of NYPD lawsuit settlements is woefully incomplete — and fails to account for $22 million in deals struck during the first three months of this year alone, The Post has learned.

From January through March, 286 suits filed against the NYPD over alleged police misconduct were settled for a combined $16 million in taxpayer money, according to data on the city Law Department's Web site.

But thanks to a legal loophole, another 432 cases that were resolved in the same period aren't included in the Law Department's database, according to information obtained from the city Comptroller's Office through the Freedom of Information Law.

Those settlements, which are the most recent available, exceed the amount that the Law Department said was paid out by nearly 40 percent — and pushed the actual total to $38 million.

Under a 2017 law signed by Mayor de Blasio, the Law Department is required to post "information regarding civil actions filed in state or federal court against the Police Department or individual police officers" twice a year.

But the Law Department's latest data don't include 426 cases that were paid out by Comptroller Scott Stringer's office for a combined $16.9 million — because those cases were settled after complainants alerted the city of their intention to sue via a "notice of claim" but before a formal suit was filed.

The data also don't include

suits that are more than five years old — of which there were six that settled for a combined $5.1 million from January through March.

Stringer has been aggressively settling claims since 2014 in an effort to stem litigation against the city.

Last month, he struck a deal to pay $9.75 million to Mark Denny, who spent nearly 30 years in prison for a robbery and rape at a Burger King in Brooklyn before being exonerated in December 2017.

Lawmakers who supported the 2017 law were unaware of the hidden figures until being informed by The Post.

Public Advocate Jumaane Williams, who was the bill's chief sponsor as a Brooklyn councilman, accused officials of undermining its intent.

The NYPD "was resistant to this law in particular, and they have been resistant to full transparency around these questions in general, so I'm not surprised that they would try to get around the spirit of what we are trying to do," Williams said.

A co-sponsor, Councilman Rory Lancman (D-Queens), pledged to introduce a measure to close the loophole, saying it was "hindering our ability to identify possible hot spots for misconduct."

A Law Department spokesman said the agency was following the "plain language" of the law and noted that it "does not even have copies of notices of claim in most cases until after the civil action is filed in court."

Stringer does not know how the Law Department crunches its data, a spokeswoman said. De Blasio and the NYPD declined to comment.

cmcarthy@nypost.com

# $5M settlement didn't make cut

A city database meant to shed light on police-misconduct settlements is missing the largest deal struck in the first three months of the year — even though it involved cops on both sides.

Transit Officer Larry Jackson (pictured) agreed to take $5 million in January to resolve his claim that he was beaten and choked by fellow NYPD cops in 2010.

The payout wasn't included in a city Law Department database of settlements reached this year because a 2017 law creating that database exempted settlements from cases more than five years old.

Jackson's lawyer, Eric Sanders, called it "ridiculous" that the settlement was excluded because of when the case occurred.

"Of course, they like to hide things," said Sanders, who's an ex-NYPD cop. "The public should know about all public expenditures or transactions because it's the taxpayers' money."

In the case, Jackson claimed several officers punched, choked, pepper-sprayed and battered him with batons after responding to a 911 call at his home. City lawyers argued at trial that Jackson had punched one of the officers.

A Brooklyn federal jury awarded him $15 million in damages, but a judge reduced that amount to $5.45 million and Jackson agreed to drop an appeal in exchange for $5 million.

Craig McCarthy,
Rich Calder and Bruce Golding

ED*

PM 2:37

RECEIVED
JUL 24 2020
PRO SE OFFICE

Pro-Se Office
Clerk of the
County of the District

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 24 2020 ★
BROOKLYN OFFICE

USMS



2020 JUL 24